# United States District Court

for the

## Eastern District of Pennsylvania



U.S.A. vs. <u>Kevin Thomas</u>                                     Case No. <u>2:02CR00602-01</u>

### Petition on Supervised Release

COMES NOW <u>Gordon W. Thomas</u> U. S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of <u>Kevin Thomas</u> who was placed on <u>Supervised Release</u> by the Honorable <u>Eduardo C. Robreno</u> sitting in the Court at <u>Philadelphia, PA</u>, on the <u>28th</u> day of <u>July</u>, <u>2003</u> who fixed the period of supervision at <u>five years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

| | |
|---|---|
| ORIGINAL OFFENSE: | Possession of a firearm by a convicted felon (Count One); carrying a firearm in relation to a drug trafficking crime (Count Two); and possession with intent to distribute cocaine (Count Three). |
| ORIGINAL SENTENCE: | 54 months' imprisonment, to be followed by a five-year term of supervised release with a special assessment of $300.00. |
| SPECIAL CONDITIONS: | (1) The defendant shall pay any financial penalty that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release; (2) The defendant shall provide the probation officer with access to any requested financial information; and (3) The defendant shall not incur any new or additional lines of credit without the approval of the probation officer. |

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE
AS FOLLOWS:

On October 9, 2008, at the request of the probation officer, the defendant submitted a random urinalysis test which later yielded a positive result for the presence of cocaine. Mr. Thomas openly admitted to the use of cocaine and stated that he uses this drug when his girlfriend stresses him out.

RE: Thomas, Kevin
**Case No.** 2:02CR00602-01

Due to the defendant's drug use, a drug aftercare modification is needed to permit the U.S. Probation Office to monitor Mr. Thomas by means of urinalysis testing and refer for substance abuse treatment if needed.

In light of the above, the following prayer is being offered for the Court's consideration.

| | |
|---|---|
| **PRAYING THAT THE COURT WILL ORDER...** | THE ISSUANCE OF A SUMMONS DIRECTING THE NAMED SUPERVISED RELEASE TO APPEAR AT A MODIFICATION HEARING. |

I declare under penalty of perjury that the foregoing is true and correct.

Marvin E. Green
Supervising U.S. Probation Officer

Place <u>Philadelphia, PA</u>
Date <u>May 20, 2009</u>

GWT

cc:   Assistant U.S. Attorney
      Defense Attorney
      Defendant

ORDER OF THE COURT

Considered and ordered this _____ day of _____, _____ and ordered filed and made part of the records in the above case.

U. S. District Court Judge

2