IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DATE OF |
|  | : | NOTICE: May 26, 2009 |
| VS. | : |  |
|  | : |  |
| KEVIN THOMAS | : | CRIMINAL NO. 02-602 |
| 2010 WEST 2ND STREET |  |  |
| CHESTER, PA 19013 |  |  |

**NOTICE**

    TAKE NOTICE, That Petition of the Probation Officer, a copy of which is attached, charges you with certain violation which may warrant revocation of your supervised release.

    You are directed to appear at the United States Courthouse, 601 Market Street, Phila., PA on **June 3, 2009 at 2:00 p.m.**, in Courtroom 11A, at which time you will be given a hearing on the charges.

    You may have legal counsel present at the hearing if you so desire, in which event you should make appropriate arrangements with your attorney.

    s/ Ronald Vance
Ronald Vance
Deputy Clerk to Judge Robreno
Phone:  267-299-7429

Att.- Copy of Petition

☐ INTERPRETER REQUIRED

NOTICE TO: Defendant
Defender Association
Suzanne Ercole, U.S. Attorney (via e-mail)
Probation Office (via e-mail)
U.S. Marshal (via e-mail)
Larry Bowman (via e-mail)

Cr. 25sr (8/97eej)