```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| KEVIN THOMAS | : | NO. 02-602 |

## ORDER MODIFYING SUPERVISED RELEASE

**AND NOW,** this **3rd** day of **June, 2009,** after hearing in open court sur petition for modification of supervised release, with defendant and counsel being present, it is

**ORDERED AND ADJUDGED** that the order of supervised release entered in the above case is modified as follows; and it is

**FURTHER ORDERED AND ADJUDGED** that the defendant's supervised release is modified as follows: the defendant shall participate in a drug aftercare program, at the direction and discretion of the U.S. Probation Office.  The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment as approved by the Court after receiving a recommendation by the U.S. Probation Office.  The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the Court. The U.S. Probation Office shall have the authority to refer the defendant for substance abuse treatment if such treatment is deemed necessary by the U.S. Probation Office.

                                      BY THE COURT:


                                       s/ Eduardo C. Robreno
                                      EDUARDO C. ROBRENO

```
cc:  U.S. Marshal (2)
     Probation Office (1)
     S. Lin, Def. Assoc. (1)
     S. Ercole, AUSA (1)
```
_____
Date            By Whom