IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

| | | |
|---|---|---|
| _NO_ INTERPRETER NEEDED | : | PRELIM. EXAM/PTD/VOSR |
| Date of Arrest: | : | June 26, 2009<br>ESR OPERATOR: MarkRafferty |
| UNITED STATES OF AMERICA | : | AUSA Nancy Winter, Esq. |
| v. | : | Crim. No: 02-602 |
| Jumar Smith | : | William T. Cannon, Esq. |
| | : | [X] CJA Appointed<br>[] Retained<br>[] Defenders' Assn. Apptd. |

FILED
JUN 29 2009

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

[] The Government's Motion for Temporary Detention is Granted. A pretrial detention hearing and are scheduled for .

[X] The Defendant stipulated to [X] probable cause and/or [X] pretrial detention pending Final Revocation Hearing before Judge Yohn.

[] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

[] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.

[] Other

*[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.*
*[] **PLEA: NOT GUILTY TO ALL COUNT(S)**. Counsel have 10 days to file pretrial motions.*

BY:

_____
L. FELIPE RESTREPO
UNITED STATES MAGISTRATE JUDGE

**TIME IN COURT 10 MINUTES**

*(Form Revised December, 2007)*